NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IGT,
*Plaintiff-Appellee,*

v.

ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC., AND BALLY GAMING, INC. (DOING BUSINESS AS BALLY GAMING & SYSTEMS),
*Defendants-Appellants.*

---

2011-1351

---

Appeal from the United States District Court for the District of Nevada in case no. 04-CV-1676, Judge Robert C. Jones.

---

ON MOTION

---

ORDER

Alliance Gaming Corporation, et al. move without opposition to deactivate this appeal pending this court's disposition in 2011-1166, and for extensions of time to file their brief.

We deem the better course is to stay the briefing schedule pending disposition of 2011-1166.

Accordingly,

IT IS ORDERED THAT:

(1) The briefing schedule is stayed. The parties are directed to inform the court within 14 days of the disposition of 2011-1166 how this appeal should proceed. A copy of this order shall be transmitted to the merits panel in 2011-1166, to inform that panel concerning this pending appeal.

(2) The motions for extensions of time are moot.

FOR THE COURT

JUL 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
     Jennifer A. Kash, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2011

JAN HORBALY
CLERK